

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DEVORIS NEWSON, | § | No. 08-23-00258-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th Judicial District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC#20190D02039) |

## **MEMORANDUM OPINION**

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of jurisdiction. Because there is no appealable order, we dismiss the appeal for want of jurisdiction.

Appellate court jurisdiction is authorized by statute. *See Galitz v. State*, 617 S.W.2d 949, 951 (Tex. Crim. App. 1981) (en banc). In the absence of an authorizing statute, appellate courts are without jurisdiction to consider an appeal. In the criminal context, the Texas Legislature has authorized appeals from final, written judgments and certain specific interlocutory orders. *See Gutierrez v. State*, 307 S.W. 3d 318, 321 (Tex. Crim. App. 2010). Appellant's pro se notice of appeal does not specify the order he is attempting to appeal, and the docketing certificate from the 120th Judicial District Court does not indicate that there is an appealable order in this case.

On September 26, 2023, the clerk of this Court sent Appellant a letter notifying him that it appeared there was no appealable order at issue in this case. The letter gave notice of our intent to dismiss the appeal for want of jurisdiction, after ten days, unless grounds were shown for the Court to continue the appeal. As of the date of this order, no response to the Court's letter has been received. Because there does not appear to be an appealable order, we dismiss the appeal for want of jurisdiction.

GINA M. PALAFOX, Justice

October 16, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.

(Do Not Publish)